UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-61693-CIV-MARTINEZ-BECERRA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

VINCENT J. CAPUTO,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff Securities and Exchange Commission's Motion for Default Final Judgment against Defendant Vincent J. Caputo (the "Motion"). (ECF No. 11). Judge Becerra filed an R&R recommending that the Motion be granted. (ECF No. 13 at 1, 12). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 13), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's Motion for Final Default Judgment, (ECF No. 11), is **GRANTED** as set forth in the R&R. The Court will enter final judgment separately.

**DONE AND ORDERED** in Miami, Florida, this 30 day of May, 2023.

                                                                                 JOSE E. MARTINEZ
                                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record